# N THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: 5TH JUDICIAL DISTRICT    :   No. 23 WM 2020
(ALLEGHENY COUNTY) - DECLARATION   :
OF JUDICIAL EMERGENCY         :

## ORDER

**PER CURIAM**

**AND NOW**, this 30th August day of, 2021, the Application for Relief, filed by the Honorable Kim Berkeley Clark, is GRANTED.

The President Judge of the Fifth Judicial District is authorized to suspend Rule of Criminal Procedure 600, as well as rules that restrict the use of advanced communication technology (ACT) in court proceedings, subject to state and federal constitutional limitations, through October 1, 2021.

Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.